# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, D.C. KING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**DWAYNE L. DOCTOR**
**MASTER-AT-ARMS FIRST CLASS (E-6), U.S. NAVY**

**NMCCA 201300187**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 4 September 2014.
**Military Judge:** CAPT R.B. Blazewick, JAGC, USN.
**Convening Authority:** Commander, Navy Region Southeast, Jacksonville, FL.
**Staff Judge Advocate's Recommendation:** CDR N.O. Evans, JAGC, USN.
**For Appellant:** Maj John Stephens, USMC.
**For Appellee:** Mr. Brian Keller, Esq.

**26 February 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the original record of trial[1] and record of the sentence rehearing, submitted without assignment of error, we affirm the sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court

---

[1] In an opinion dated 27 March 2014, the court affirmed the findings, set aside the sentence, and authorized a rehearing on sentence. That rehearing was completed on 4 September 2014.